# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE BANKAMERICA CORP. ) | MDL - 1264 |
| SECURITIES LITIGATION ) | |

## ORDER

WHEREAS, on September 30, 2002, this Court issued an Order (Doc. 571) approving the terms of the settlement and revised plan of allocation in the above-referenced class action (the "Action"); and

WHEREAS, this Court has directed the parties to consummate the terms of the settlement and the revised plan of allocation; and

WHEREAS, this Court has retained jurisdiction of this Action for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the settlement and the processing of Proofs of Claim and the distribution of the Net Settlement Fund to the Authorized Claimants; and

WHEREAS, lead counsel for the NationsBank classes and the Claims Administrator have successfully located the large majority of NationsBank shareholders whose checks were returned as undeliverable with no forwarding address; and

WHEREAS, lead counsel for the BankAmerica classes and the Claims Administrator have successfully located the large majority of BankAmerica shareholders whose checks were returned as undeliverable with no forwarding address;

NOW, THEREFORE, upon reading the status reports submitted on behalf of the NationsBank and BankAmerica classes by Jonathan F. Andres of Green Schaaf & Jacobson, P.C. (lead counsel for the NationsBank classes), and upon all prior proceedings herein and after due deliberation, it is hereby

ORDERED, that lead counsel for the NationsBank Classes and the Claims Administrator shall not take or be required to take any further actions to locate the remaining NationsBank shareholders whose checks were returned as undeliverable with no forwarding address; and it is further

ORDERED, that lead counsel for the BankAmerica Classes and the Claims Administrator shall not take or be required to take any further actions to locate the remaining BankAmerica shareholders whose checks were returned as undeliverable with no forwarding address; and it is further

ORDERED, that lead counsel for the NationsBank Classes and the Claims Administrator shall not take or be required to take any further actions to locate the heirs of NationsBank shareholders reported deceased; and it is further

ORDERED, that lead counsel for the BankAmerica Classes and the Claims Administrator shall not take or be required to take any further actions to locate the heirs of BankAmerica shareholders reported deceased.

So ORDERED.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Date: 6/15/06