UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE BANKAMERICA CORP. ) | MDL - 1264 |
| SECURITIES LITIGATION ) | |

## ORDER

There will be a hearing in this matter at 10:30 a.m. at the Thomas F. Eagleton United States Courthouse, 111 South 10th Street in St. Louis, Missouri, on Thursday, September 28, 2006. This hearing will consider all pending questions, including possible further distribution of funds. Mr. Martin Green and the firm of Green, Schaaf & Jacobson, and the appropriate representative of the claims administrator, including Mr. Michael Hamer, shall be present at this hearing.

It is **SO ORDERED** this 24th day of August, 2006.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE