UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE BANKAMERICA CORP. ) MDL - 1264
SECURITIES LITIGATION )

ORDER

WHEREAS, on September 30, 2002, this Court issued an Order [Doc. 571] approving the terms of the settlement and revised plan of allocation in the above-referenced action (the "Action"); and

WHEREAS, in an Order dated June 14, 2004 [Doc. 630], the Court accepted the claims submitted by Authorized Claimants as determined by the Claims Administrator, including late-filed claims submitted before May 1, 2004, and approved distribution of the Net Settlement Fund to the Authorized Claimants;

WHEREAS, this Court has directed the parties to consummate the terms of the settlement and the revised plan of allocation;

WHEREAS, in an Order dated August 18, 2004 [Doc. 638], the Court ordered counsel for the lead plaintiffs to file with the Court bi-monthly reports on the status of distributions of the Net Settlement Fund to Authorized Claimants based upon information provided by the Claims Administrator (the "Status Reports"); and

WHEREAS, this Court has retained jurisdiction of this Action for the purpose of

considering any further application or matter which may arise in connection with the administration and execution of the settlement and the processing of Proofs of claim and the distribution of the Net Settlement Fund to the Authorized Claimants, and for any and all purposes set forth in prior orders herein.

NOW THEREFORE, upon reading of the Status Reports, and upon all prior proceedings herein and after due deliberation, it is hereby

ORDERED, that all outstanding checks issued to Authorized Claimants in the NationsBank and BankAmerica Classes dated more than 180 days prior to the date of this Order are void, and it is further

ORDERED, that Heffler, Radetich & Saitta, L.L.P, is hereby authorized to re-issue 17 checks to members of the BankAmerica and NationsBank Classes totaling $28,583.22, and 80 checks to BankAmerica Class member Japan Trustee Services totaling $28,152.86. All checks re-issued pursuant to this Order which are outstanding ninety (90) days from the issue date of the check shall be VOID.

SO ORDERED this _12th_ day of October, 2007.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

- 2 -