UNITED STATES DISTRICT COURT EASTERN DISTRICT OF
MISSOURI
EASTERN DIVISION

IN RE BANKAMERICA CORP.        )        MDL - 1264
SECURITIES LITIGATION           )

### ORDER

The execution of this Court's June 16, 2008 Order [Doc. 694], which authorized a distribution of NationsBank and BankAmerica Net Settlement Funds to the Authorized Claimants, is **HEREBY STAYED** until such time as the Court shall deem appropriate. Accordingly, Heffler, Radetich & Saitta, L.L.P., is **HEREBY ORDERED** to suspend the distribution of NationsBank and BankAmerica Net Settlement Funds until further notice.

This Court retains continuing jurisdiction over this Action for any and all purposes, including but not limited to the consideration of any further application or matter which may arise in connection with the administration and/or execution of the settlement.

SO ORDERED this 6th day of August, 2008.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE