# GREEN JACOBSON, P.C.
## ATTORNEYS AT LAW
SUITE 700, PIERRE LACLEDE CENTER
7733 FORSYTH BOULEVARD
ST. LOUIS (CLAYTON), MISSOURI 63105

(314) 862-6800
TELECOPIER (314) 862-1606

MARTIN M. GREEN
JOE D. JACOBSON
JONATHAN F. ANDRES
ALLEN P. PRESS
GREGORY J. CHRISTOFFEL
FERNANDO BERMUDEZ
TIMOTHY J. LEMEN
NATHAN E. ROSS
BRADLEY P. SCHNEIDER

HON. GEORGE E. SCHAAF
(1930-1995)

COUNSEL
HOWARD KANEFIELD

January 14, 2009

Honorable Carol E. Jackson
United States District Judge
United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Re:   In re BankAmerica Corp. Securities Litigation, MDL No. 1264

Dear Judge Jackson:

As counsel for the NationsBank lead plaintiffs and as liaison counsel on behalf of the BankAmerica lead plaintiffs, we have prepared this bi-monthly report as directed in Judge Nangle's Order dated August 18, 2004. The following amounts are counsel's best estimates as of the date of this letter based on information received from the Claims Administrator.

## NationsBank Class

| | |
|---|---:|
| Amount mailed to shareholders on July 16, 2004: | $275,770,689.41 |
| Amount returned or added due to: | |
|     a. inability to locate recipient: | |
|         i. report of death from locator service: | $ 10,824.97 |
|         ii. locator service unsuccessful in locating: | $ 6,806.31 |
|     b. duplicate payments: | $ 17,710,862.91 |
|     c. Lagerveld recovery (including interest) | $ 437,690.23 |
| U.S. Bank interest earned since July 16, 2004: | $ 1,667,440.41 |
| | $ 19,833,624.83 |
| | |
| Bank of America Trust Department claims paid: | $ (9,535,704.51) |
| Walter A. DeRoeck, et al., claim paid: | $ (578,654.64) |
| Adjustments to amounts paid: | $ (1,078,228.66) |
| U.S. Bank charges and fees: | $ (289,152.63) |
| Checks in process with bank | $ -0- |

January 14, 2009
Page 2

| | | |
|---|---:|---:|
| Thompson/Mills/Owen (October 4, 2006 Order) | $ | (101,010.14) |
| Reissued Checks: | $ | (990,449.21) |
| Administrator fees and costs and adjustment: | $ | (317,498.34) |
| | $ | (12,890,698.13) |

**Surplus as of November 30, 2008**                                $  **6,942,926.70**

## BankAmerica Class

| | | |
|---|---:|---:|
| Amount mailed to shareholders on July 16, 2004: | | $129,135,836.30 |
| Amount returned or added due to: | | |
|    a. inability to locate recipient: | | |
|       i. report of death from locator service: | $ | 1,057.70 |
|       ii. locator service unsuccessful in locating: | $ | 4,764.82 |
|    b. duplicate payments: | $ | 14,331,609.76 |
| Amount withheld for Administrator expenses (estimate): | $ | 156,095.90 |
| Interest earned since distribution: | $ | 951,500.45 |
| | $ | 15,445,028.63 |
| | | |
| Bank of America Trust Department claims paid: | $ | (1,754,027.48) |
| Adjustments to amounts paid: | $ | (377,585.38) |
| Bank charges and fees: | $ | (25.00) |
| Checks in process: | $ | -0- |
| Thompson/Mills/Owen (October 4, 2006 Order): | $ | (632.89) |
| Reissued Checks: | $ | (56,512.31) |
| Administrator expenses: | $ | (167,455.00) |
| Second Distribution: | $ | (10,000,000.00) |
| | $ | (12,356,238.06) |

**Surplus as of November 30, 2008**                                $  **3,088,790.57**

## Final Distributions

The Court entered an Order on June 16, 2008 directing the Claims Administrator to distribute an additional $5 million to Nationsbank Class claimaints entitled to receive $100 or more, and an additinal $2 million to BankAmerica Class claimants entitled to receive $100 or more and reissue certain checks as directed in the Order. The Court subsequently entered an Order on August 6, 2008 staying the execution of its June 16, 2008 Order and suspending further distributions of settlement funds until further notice.

January 14, 2009
Page 3

### U.S. Attorney's Office

As we previously advised the Court, the Claims Administrator and its counsel informed us in June, 2008 that the U.S. Attorney in Philadelphia had uncovered a scheme to defraud several class action settlements by filing false claims, including in the *BankAmerica* case. We immediately called Judge Nangle and told his clerk of this investigation. Shortly after we contacted Judge Nangle, he entered the Order dated June 16, 2008 [Doc. 694], a copy of which is also enclosed. Indictments have been issued and we understand the U.S. Attorney's investigation is ongoing.

Sincerely yours,

*[signature]*

Jonathan F. Andres

cc:   Stephen T. Rodd, Esq. (via fax)
      Michael E. Hamer (via fax)
      Robert Abrams, Esq. (via fax)
      Martin M. Green, Esq.
      Joe D. Jacobson, Esq.