UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE BANKAMERICA CORP. SECURITIES LITIGATION, | ) ) ) ) ) Case No. 4:99 MD 1264 CDP |

**MEMORANDUM AND ORDER**

As ordered, the Claims Administrator and Class Counsel have each submitted their respective requests for fees and expenses incurred in this action since they were last awarded fees.  I have reviewed their requests and find that the work expended was necessary and the amount of fees and costs reasonable.  I will therefore grant their requests and order that the awards be paid from the Net NationsBank Settlement Fund.  I will also grant their requests to reserve additional funds from final distribution for fees and costs associated with such distribution.  Finally, upon disbursement of fees and costs awarded today and reservation of additional funds, I will lift the stay on final distribution and order the Claims Administrator to proceed to fulfill Paragraph 4 of the Order of Distribution (ECF 1046).

Accordingly,

**IT IS HEREBY ORDERED** that the Claims Administrator's Motion for Payment of Fees Through November 4, 2021 [1059] is **GRANTED.**  Heffler,

Radetich & Saitta, LLP, as Claims Administrator, is awarded fees and costs in the amount of $45,022.33, to be paid from the NationsBank Settlement Fund,

**IT IS FURTHER ORDERED** that Class Counsel's Application for Attorney's Fees [1060] is **GRANTED**.  Frank H. Tomlinson, as Class Counsel, is awarded attorney's fees in the amount of $12,375.00, to be paid from the NationsBank Settlement Fund.

**IT IS FURTHER ORDERED** that:

(a)  $15,000 is reserved from the Net NationsBank Settlement Fund for fees and expenses anticipated to be incurred by Claims Administrator Heffler, Radetich & Saitta, LLP, in connection with the final distribution authorized by Paragraph 4 of the Order of Distribution and any *cy pres* distribution thereafter.  Disbursement of any anticipated fees and expenses is subject to final approval by this Court upon application by the Claims Administrator.

(b)  $10,000 is reserved from the Net NationsBank Settlement Fund for fees and expenses anticipated to be incurred by Class Counsel Frank H. Tomlinson in connection with bringing this matter to final resolution before this Court, including termination of the Fund.  Disbursement of any anticipated fees and expenses is subject to final approval by this Court upon proper application by Class Counsel.

(c)  The balance of the Net NationsBank Settlement Fund, less the

fees and costs awarded above and the $25,000 reserved for fees and expenses as described above, constitutes the Distribution Fund.

**IT IS FURTHER ORDERED** that **forthwith**, but not later than **twenty-one days from the date of this Order**, the Claims Administrator shall proceed to implement Paragraph 4 of the Order of Distribution (ECF 1046). The stay previously imposed on such implementation is **LIFTED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2022.