UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE BANKAMERICA CORP.<br>SECURITIES LITIGATION, | )<br>)<br>)  Case No. 4:99 MD 1264 CDP<br>)<br>) |

### MEMORANDUM AND ORDER

Upon consideration of the material and information submitted,

**IT IS HEREBY ORDERED** that Claims Administrator Hellfer, Radetich & Saitta, LLP's Emergency Motion to Amend Order for Reserve of Funds for Claims Administrator's Fees and Expenses [1062] is **GRANTED.**

**IT IS FURTHER ORDERED** that the relevant portions of pages 2 and 3 of the Memorandum and Order entered January 18, 2022 (ECF 1061) are amended as follows:

(a) **$40,000** is reserved from the Net NationsBank Settlement Fund for fees and expenses anticipated to be incurred by Claims Administrator Heffler, Radetich & Saitta, LLP, in connection with the final distribution authorized by Paragraph 4 of the Order of Distribution and any *cy pres* distribution thereafter. Disbursement of any anticipated fees and expenses is subject to final approval by this Court upon application by the Claims Administrator.

(b) **$10,000** is reserved from the Net NationsBank Settlement Fund

for fees and expenses anticipated to be incurred by Class Counsel Frank H. Tomlinson in connection with bringing this matter to final resolution before this Court, including termination of the Fund.  Disbursement of any anticipated fees and expenses is subject to final approval by this Court upon proper application by Class Counsel.

(c)  The balance of the Net NationsBank Settlement Fund, less the fees and costs awarded above and the **$50,000** reserved for fees and expenses as described above, constitutes the Distribution Fund.

In all other respects, the Memorandum and Order entered January 18, 2022, remains in full force and effect.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2022.